✎AO 247 (02/08)   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

_____ District of  Connecticut

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No:  3:02CR00246(JCH) |
| DAMIAN BAILEY | ) USM No:  14811-014 |
| Date of Previous Judgment: April 11, 2003 | ) Matthew Maddox |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of  ❑ the defendant  ❑ the Director of the Bureau of Prisons  ■ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has

**IT IS ORDERED** that the motion is:
        ❑ DENIED.    ■ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of ____87____ months **is reduced to** ___70 months___ .

## I.  COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 29 | Amended Offense Level: | 27 |
| Criminal History Category: | I | Criminal History Category: | I |
| Previous Guideline Range: | 87 to 108 months | Amended Guideline Range: | 70 to 87 months |

## II.  SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
■ The reduced sentence is within the amended guideline range.
❑ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
❑ Other (explain):

## III.  ADDITIONAL COMMENTS
If this sentence exceeds the amount to time the defendant has served, the sentence is reduced to a "Time Served" sentence as of March 13, 2008.

Except as provided above, all provisions of the judgment dated  4/11/03  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  March 3, 2008                                    /s/ Janet C. Hall
                                                                    Judge's signature

Effective Date: March 13, 2008                    Janet C. Hall, United States District Judge
          (if different from order date)                    Printed name and title